

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF M. S. V., JR., MINOR CHILD, | § | No. 08-20-00088-CV |
|  | § | Appeal from the |
| Appellant. | § | 388th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012DCM10912) |
|  | § |  |

**O R D E R**

Appellant, pro se, has filed a "motion to clarify" alleged inaccuracies in the clerk's record which asks this Court to direct the District Clerk to include certain documents in the clerk's record. We have received a supplemental clerk's record that appears to address the issues raised by Appellant. We therefore deny this motion as moot.

IT IS SO ORDERED this 21st day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.